**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Caleb Whitfield,**

|  |  |  |
|---|---|---|
| | *Plaintiff*, | **Case No. 3:24-cv-244** |
| **v.** | | |
| | | **District Judge Thomas M. Rose** |
| **Sergeant Evers,** *et al.***,** | | **Magistrate Judge Karen L. Litkovitz** |
| | *Defendants*. | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 41), GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 36), AND TERMINATING CASE**

---

Pending before the Court is Report and Recommendation (Doc. 41) from Magistrate Judge Karen L. Litkowitz, to which Plaintiff Caleb Whitfield has objected. (Doc. 42.) The Magistrate Judge recommends that the Court grant Defendants' Motion for Summary Judgment. (Doc. 36). Defendants' Motion seeks summary judgment on all claims. (*Id.*) Plaintiff, an inmate currently at the Toledo Correctional Institution, in Toledo, Ohio, has

1

brought a *pro se* civil rights action for alleged violations of his rights while he was a pretrial detainee at the Montgomery County Jail in Dayton, Ohio.

The Court has reviewed the findings of the Magistrate Judge (Doc. 41) and considered the objections filed by Plaintiff. (Doc. 42.) Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendation (Doc. 41) in its entirety. The Court **GRANTS** Defendants' Motion for Summary Judgment. (Doc. 36).

The Clerk of Court is **ORDERED** to enter judgment in favor of Defendants and against Plaintiff. The instant case is **TERMINATED** from the docket of the United States District Court, Western Division at Dayton.

**DONE** and **ORDERED** this Tuesday, March 24, 2026.

s/**Thomas M. Rose**

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2